# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE EDWIN CLEM
ADC # 120839                                                                PETITIONER

v.                              No. 5:11-cv-235-DPM-JTK

RAY HOBBS, Director, Arkansas
Department of Correction                                                    RESPONDENT

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition, *Document No. 11*, and Clem's objections, *Document No. 15*. On *de novo* review, the Court adopts Judge Kearney's proposal as its decision. FED. R. CIV. P. 72(b)(3). Clem's petition for writ of habeas corpus, *Document No. 2*, is denied and dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 June 2012