IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE EDWIN CLEM
ADC # 120839                                                                    PETITIONER

v.                           No. 5:11-cv-235-DPM-JTK

RAY HOBBS, Director, Arkansas
Department of Correction                                                        RESPONDENT

## JUDGMENT

Clem's petition for writ of habeas corpus, *Document No. 2*, is denied and dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2012