## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOE EDWIN CLEM**
**ADC # 120839**                                                    **PETITIONER**

**v.**                              **No. 5:11-cv-235-DPM**

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                              **RESPONDENT**

### ORDER

Clem's motion for certificate of appealability, *Document No. 18*, is

denied. 28 U.S.C. § 2253(c). Because the Court denied Clem's petition on

procedural grounds, Clem must show "that jurists of reason would find it

debatable whether the petition states a valid claim of the denial of a

constitutional right *and* that jurists of reason would find it debatable whether

the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529

U.S. 473, 484 (2000) (emphasis added). Clem has addressed only the latter

element in his motion. *Document No. 18, at 3–4.* The motion, *Document No. 18*,

is therefore denied. *Slack*, 529 U.S. at 485 (requiring that both showings be

made before the Court of Appeals may entertain the appeal). Moreover, the

Court sees no debatable issue about the standard of review applied here.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_19 July 2012_